UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06366
    JUAN M PEREZ
    SUZANNE K PEREZ                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX
        Debtor
    SSN XXX-XX-9867      SSN XXX-XX-8460

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/10/2007 and was confirmed 06/04/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 06/02/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SE | SECURED NOT I | .00 | .00 | .00 |
| HSBC TAXPAYER FIN SVCS I | SECURED NOT I | .00 | .00 | .00 |
| HSBC TAXPAYER FIN SVCS I | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 8250.00 | 505.01 | 2868.23 |
| CITY OF CHICAGO PARKING | UNSEC W/INTER | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSEC W/INTER | 483.24 | 27.82 | 258.68 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | 1168.10 | 67.05 | 625.37 |
| WELLS FARGO FINANCIAL BA | UNSEC W/INTER | 1258.61 | 72.23 | 673.82 |
| HSBC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WELLS FARGO AUTO FINANCE | UNSEC W/INTER | 1150.00 | 66.01 | 615.67 |
| CAPITAL ONE BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CHICAGO MUNICIPAL EMPLOY | SECURED NOT I | 373.04 | .00 | .00 |
| CHICAGO MUNICIPAL EMPLOY | SECURED NOT I | 5019.55 | .00 | .00 |
| CITY OF CHICAGO CREDIT U | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 2880.62 | 136.14 | 1541.01 |
| FIA CSNA | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 1941.04 | 111.40 | 1039.19 |
| FIRST CONSUMERS NATIONAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 2065.47 | 118.56 | 1105.78 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 1207.02 | 69.28 | 646.21 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 12391.19 | 577.00 | 6633.83 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 838.55 | 39.05 | 448.93 |
| ECAST | UNSEC W/INTER | 885.32 | 50.82 | 473.96 |
| HOUSEHOLD BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 1328.16 | 76.23 | 711.06 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WFNNB/ HARLEM FURNITURE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | 1164.01 | .00 | 1164.01 |
| BARBARA SMITH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 7001.45 | 230.60 | 3507.03 |

```
SPIEGEL                 UNSEC W/INTER NOT FILED              .00          .00
CHICAGO MUNICIPAL EMPLOY SECURED NOT I   5015.11             .00          .00
ILLINOIS LENDING CORPORA UNSEC W/INTER   212.24           12.47       113.44
CITY OF CHICAGO WATER DE SECURED NOT I   164.65             .00          .00
ECAST SETTLEMENT CORP   UNSEC W/INTER    637.87           29.71       341.48
ECAST SETTLEMENT CORP   UNSEC W/INTER    383.56           81.37       383.56
ERNESTO D BORGES JR     DEBTOR ATTY    1,500.00                      1,500.00
TOM VAUGHN              TRUSTEE                                      2,037.99
DEBTOR REFUND           REFUND                                      1,180.00
```

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                  30,140.00

PRIORITY                                           .00
SECURED                                       4,032.24
    INTEREST                                    505.01
UNSECURED                                    19,119.02
    INTEREST                                  1,765.74
ADMINISTRATIVE                                1,500.00
TRUSTEE COMPENSATION                          2,037.99
DEBTOR REFUND                                 1,180.00
                         ---------------    ---------------
TOTALS                   30,140.00            30,140.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                         /s/ Tom Vaughn
    Dated: 09/24/08      _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE